UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IPI INDUSTRIAL PAINTING, INC. )<br>)<br>Defendant, )<br>) | C.A. No. 04-11742 GAO |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), as the Plaintiff has not been able to find and serve the Defendant IPI Industrial Painting, Inc. The Plaintiff hereby stipulate to dismiss the above referenced complaint without prejudice until the Defendant can be located.

For the Plaintiff,

CHARLES LANGONE, as FUND MANAGER
Of the NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION FUND,
By his Attorney,

/s/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA   02109
(617) 338-1976

Dated: January 18, 2005